UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

ALEX HIXON,
Plaintiff,

v.  No. 1:19-cv-00120-PLR-SKL

TENNESSEE VALLEY AUTHORITY
BOARD OF DIRECTORS,
Defendant.

## TENNESSEE VALLEY AUTHORITY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Tennessee Valley Authority (TVA) respectfully moves for summary judgment on the grounds that there is no dispute as to any material facts, and TVA is entitled to judgment as a matter of law. Specifically, TVA's medical examinations of Plaintiff were job related and consistent with a business necessity. TVA did not refuse any requests by Plaintiff for a reasonable accommodation. TVA did not discriminate against Plaintiff on the basis of disability or protected conduct, and Plaintiff's return to work agreement constituted a valid last chance agreement. In support of this Motion, TVA relies upon the record in the case including TVA's previously filed declarations (Doc. 23 – Doc. 26), attachments to TVA's previously filed Response to Plaintiff's Motion for Partial Summary Judgment (Doc. 27), and the evidentiary materials filed herewith. For the reasons set forth in TVA's memorandum in support filed contemporaneously herewith, TVA requests that its motion for summary judgment be granted on all of Plaintiff's claims and that this action be dismissed with prejudice.

Respectfully submitted,

*s/Mark A. Mohr*
David D. Ayliffe, (TN BPR 024297)
Director, Litigation
Mark A. Mohr (NY BPR 5012489)
Michael V. Bernier (MS BPR 103960)
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.7346
mamohr@tva.gov
mvbernier@tva.gov

Attorneys for Tennessee Valley Authority

100256184

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

                                                *s/Mark A. Mohr*
                                                Attorney for Tennessee Valley Authority