1

2                UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF TENNESSEE
3                     AT CHATTANOOGA

4
    ALEX HIXON,                    )
5                                  )
                    Plaintiff,    )
6                                  ) CIVIL ACTION FILE NO.
            vs.                    )
7                                  ) 1:19-CV-00120-PLR-SKL
    TENNESSEE VALLEY AUTHORITY )
8   BOARD OF DIRECTORS,            )
                                   )
9                   Defendant.     )

10

11

12

13

14

15      TELEPHONIC DEPOSITION OF CHARLES C. ADAMS, M.D.

16                    RINGGOLD, GEORGIA

17                 THURSDAY, JUNE 25, 2020

18

19                  (Reported Remotely)

20

21

22

23   REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                   CCR-B-1790
24

25   FILE NO.  180374

1

2                   June 25, 2020

3                    9:06 a.m.

4

5              Telephonic deposition of

6   CHARLES C. ADAMS, M.D., held in Ringgold,

7   Georgia before Tanya L. Verhoven-Page,

8   Certified Court Reporter and Notary Public of

9   the State of Georgia.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    APPEARANCES OF COUNSEL

3

    On behalf of the Plaintiff:
4
            MIKEL & HAMILL
5           620 Lindsay Street

6           Chattanooga, Tennessee 37403

7           BY:  DOUG HAMILL, ESQ.

8                (Via Videoconference)

9

10   On behalf of the Defendant:

11          TENNESSEE VALLEY AUTHORITY
            400 West Summitt Hill Drive
12          Knoxville, Tennessee 37902

13          BY:  MARK MOHR, ESQ.

14          BY:  MICHAEL BERNIER, ESQ.

15               (Via Videoconference)

16

17   On behalf of the Deponent:

18          CHILIVIS, GRUBMAN, DALBEY & WARNER
            3127 Maple Drive, N.E.
19          Atlanta, Georgia 30305

20          BY:  LAUREN WARNER, ESQ.

21               (Via Videoconference)

22

23                        -     -     -

24

25

```
 1

 2                      I N D E X

 3

 4            WITNESS: CHARLES C. ADAMS, M.D.

 5

 6     Examination                          Page

 7   BY MR. MOHR                              7
     BY MR. HAMILL                          158
 8   BY MR. MOHR                            168

 9

10                    EXHIBITS:

11     Adams
     Deposition
12     Exhibit           Description        Page

13
     Exhibit 1         Document bearing Bates
14                     numbers TVA-Hixon
                       001638 through 001717    21
15
     Exhibit 2         Document bearing Bates
16                     numbers TVA-Hixon
                       1718 through 17973       24
17
     Exhibit 3         Document bearing Bates
18                     numbers TVA-Hixon
                       1798 through 1857        25
19
     Exhibit 4         Document bearing Bates
20                     numbers 1858 to 1908     27

21   Exhibit 5         Document bearing Bates
                       numbers 1909 to 1967     27
22
     Exhibit 6         Document bearing Bates
23                     numbers TVA-Hixon
                       1968 to 2025             27
24

25
```

```
 1

 2                          EXHIBITS:

 3      Adams
     Deposition
 4      Exhibit            Description            Page

 5

 6   Exhibit 7        Document bearing Bates
                      numbers TVA-Hixon
 7                    2074 to 2102                 27

 8   Exhibit 8        Document bearing Bates
                      numbers TVA-Hixon
 9                    2026 to 2073                 27

10   Exhibit 9        Document bearing Bates
                      number TVA-Hixon 000118      84
11
     Exhibit 10       Document bearing Bates
12                    number A0600                 86

13   Exhibit 11       Document bearing Bates
                      numbers A0153 to 155         90
14
     Exhibit 12       Document bearing Bates
15                    number A0152                 93

16   Exhibit 13       Document bearing Bates
                      number A0147                 115
17
     Exhibit 14       Document bearing Bates
18                    numbers A0553 and 554        126

19   Exhibit 15       Document bearing Bates
                      numbers A0551 and 552        129
20
     Exhibit 16       Declaration of Charles
21                    C. Adams, M.D.               163

22

23

24

25
```

1                    C. ADAMS, M.D.

2    RINGGOLD, GEORGIA; THURSDAY, JUNE 25, 2020

3                    9:06 A.M.

4

5              P R O C E E D I N G S

6

7         MR. MOHR:  My name is Mark Mohr.

8    I'm an attorney with TVA.  My colleague,

9    Mike Bernier, is also present, and not

10   pictured, but on the phone, is Jessica

11   Gardner who is an intern with us whose

12   just observing to get some experience and

13   try to learn some this summer despite all

14   the COVID restrictions and inability to

15   come into the office.

16        First and foremost, have you

17   testified in any depositions before?

18        THE WITNESS:  Yes, sir, I have.

19        MR. MOHR:  Approximately how many

20   times?

21        THE WITNESS:  I believe less than

22   five.

23        MR. MOHR:  And when was the most

24   recent?

25        THE COURT REPORTER:  Pardon me.  Do

C. ADAMS, M.D.

1

2          you want me to swear him in, sir?

3

4       Thereupon --

5                    CHARLES C. ADAMS, M.D.,

6       called as a witness, having been first duly sworn,

7       was examined and testified as follows:

8

9                         EXAMINATION

10   BY MR. MOHR:

11       Q     And now being sworn in, are all the

12   questions you answered before you were sworn in --

13   are those also true and accurate?

14       A     Yes, sir.

15       Q     Okay.  When was the last time you

16   testified at a deposition, approximately?

17       A     Maybe four years ago.

18       Q     Okay.  And have you testified at trial

19   before?

20       A     No.

21       Q     Okay.  So you may be familiar with some

22   of what I'm about to say, but I'm going to go over it

23   anyway.

24              First and foremost, with this being a

25   remote deposition, please let me know if you're

                    C. ADAMS, M.D.

1  want me to go through all of this, but I'll be glad

2

3  to if you want me to.

4          I mean, there's not much that it leaves

5  out.

6      Q    Okay.  So you go through background

7  questions --

8      A    Yes.

9      Q    -- on the questionnaire?

10     A    Yes, and you have copies of it.

11     Q    And you provided those -- those initial

12  forms to TVA as part of the records you gave us?

13     A    Yes.

14     Q    And you cover physical ailments?

15     A    Yes.

16     Q    Do you ask any questions about his

17  personal life?

18     A    Yes.

19     Q    And why do you do that?

20     A    That's part of getting to know the whole

21  person.

22     Q    All right.  And so it's just part of

23  diagnosing him?

24     A    Well, you try to get and idea of the

25  whole person in order to make a diagnosis.

1                         C. ADAMS, M.D.

2

3

4                    _____
                     CHARLES C. ADAMS, M.D.
5

6

7    Subscribed and sworn to before me

8    this_____ day of_____, 2020.

9    _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    D I S C L O S U R E

3

4    STATE OF GEORGIA      )   DEPOSITION OF:

5

6    FULTON COUNTY         )   CHARLES C. ADAMS, M.D.

7

8         Pursuant to Article 8.B of the Rules and
     Regulations of the Board of Court Reporting of the
9    Judicial Council of Georgia, I make the following
     disclosure:
10
          I am a Georgia Certified Court Reporter.  I am
11   here as a representative of TSG Reporting.

12        TSG Reporting was contacted by the offices of
     Tennessee Valley Authority to provide court reporting
13   services for this deposition.  TSG Reporting will not
     be taking this deposition under any contract that is
14   prohibited by O.C.G.A. 15-14-37 (a) and (b).

15        TSG Reporting has no contract or agreement to
     provide court reporting services with any party to
16   the case, or any reporter or reporting agency from
     whom a referral might have been made to cover the
17   deposition.

18        TSG Reporting will charge its usual and
     customary rates to all parties in the case, and a
19   financial discount will not be given to any party in
     this litigation.

20

21   DATED: 7-9-2020

22

23                        _____
                          Tanya L. Verhoven-Page,
24                        Certified Court Reporter,
                          B-1790.
25

1

2                    C E R T I F I C A T E

3

4    STATE OF GEORGIA   :

5    FULTON COUNTY      :

6

7              I hereby certify that the foregoing

8         deposition was reported, as stated in the

9         caption, and the questions and answers

10        thereto were reduced to written page

11        under my direction, that the preceding

12        pages represent a true and correct

13        transcript of the evidence given by said

14        witness.

15              I further certify that I am not of

16        kin or counsel to the parties in the

17        case, am not in the regular employ of

18        counsel for any of said parties, nor am I

19        in any way financially interested in the

20        result of said case.

21              Dated this 9th day of July, 2020.

22                      _Tanya Page_

23        _____

          Tanya L. Verhoven-Page,
24        Certified Court Reporter,
          B-1790.

25

```
 1

 2               ERRATA SHEET FOR THE TRANSCRIPT OF:

 3    Case Name:            Hixon v. TVA

 4    Dep. Date:            June 25, 2020

 5    Deponent:             Charles C. Adams, M.D.

 6                          CORRECTIONS

 7    Pg.    Ln.   Now Reads        Should Read      Reason

 8    _____ _____ _____ _____ _____

 9    Pg.    Ln.   Now Reads        Should Read      Reason

10    _____ _____ _____ _____ _____

11    Pg.    Ln.   Now Reads        Should Read      Reason

12    _____ _____ _____ _____ _____

13    Pg.    Ln.   Now Reads        Should Read      Reason

14    _____ _____ _____ _____ _____

15    Pg.    Ln.   Now Reads        Should Read      Reason

16    _____ _____ _____ _____ _____

17    Pg.    Ln.   Now Reads        Should Read      Reason

18    _____ _____ _____ _____ _____

19    Pg.    Ln.   Now Reads        Should Read      Reason

20    _____ _____ _____ _____ _____

21                       _____
                          Signature of Deponent
22    SUBSCRIBED AND SWORN BEFORE ME

23    This the_____ day of_____, 2020.

24    _____

25    (Notary Public)     My Commission Expires:_____
```