```
 1                    BRIAN TELIHO, MD

 2              UNITED STATES DISTRICT COURT

 3              EASTERN DISTRICT OF TENNESSEE

 4                      AT CHATTANOOGA

 5

 6   ALEX HIXON,                          )
                                          )
 7                   Plaintiff,           )
                                          ) Case No.
 8            vs.                         ) 1:19-cv-00120-PLR-SKL
                                          )
 9   TENNESSEE VALLEY AUTHORITY BOARD     )
     OF DIRECTORS,                        )
10                                        ) Pages 1 to 87
                     Defendants.          ) Volume I
11   _____)

12

13

14

15

16

17         REMOTE DEPOSITION OF BRIAN TELIHO, MD

18                     Kahului, Hawaii

19                 Wednesday, June 10, 2020

20

21

22

23

24   Reported by:
     ELIZABETH BORRELLI, CSR No. 7844, CCRR, CLR
25   JOB NO. 180373
```

BRIAN TELIHO, MD

Remote deposition of BRIAN TELIHO, MD, Volume I, taken on behalf of the Defendant, at Kahului, Hawaii, commencing at 8:05 a.m., Wednesday, June 10, 2020, before Elizabeth Borrelli, a Certified Shorthand Reporter in the State of California, License No. 7844.

* * *

```
 1                    BRIAN TELIHO, MD

 2   APPEARANCES OF COUNSEL:

 3

 4   For the Plaintiff:

 5              MIKEL & HAMILL
               BY:  DOUGLAS HAMILL, ESQ.
 6             620 Lindsay Street
               Chattanooga, TN 37403
 7

 8

 9

10   For the Defendant:

11              OFFICE OF THE GENERAL COUNSEL
                TENNESSEE VALLEY AUTHORITY
12              BY:  MARK MOHR, ESQ.
                BY:  MICHAEL BERNIER, ESQ.
13              400 West Summit Hill Drive
                Knoxville, TN 37902
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    BRIAN TELIHO, MD

 2                       I N D E X

 3   WITNESS                                    EXAMINATION

 4   BRIAN TELIHO, MD

 5   By MR. MOHR                                    6, 71

 6   By MR. HAMILL                                     57

 7

 8                        EXHIBITS

 9

10   TELIHO                                          PAGE

11   Exhibit 1     Collection of Progress Notes       11
                   for Alex Hixon from Dr. Brian
12                 Teliho, bearing Bates Nos.
                   TVA-Hixon001635 through
13                 TVA-Hixon001637, 3 pages

14   Exhibit 2     Letter from Dr. Brian Teliho       35
                   dated October 28, 2012, bearing
15                 Bates No. TVA-Hixon002138, 1
                   page
16
     Exhibit 3     Fax to Dr. Brian Teliho from       39
17                 Dr. Gary Leigh dated January
                   14, 2014, bearing Bates Nos.
18                 A0607 through A0610, 4 pages

19   Exhibit 4     Case Note regarding Alex Hixon     40
                   from Dr. Gary Leigh dated
20                 January 20, 2014, bearing Bates
                   Nos. A0153 through A0155, 3
21                 pages

22   Exhibit 5     Letter to Dr. Brian Teliho from    42
                   Dr. Gary Leigh dated March 25,
23                 2014, bearing Bates No. A0562,
                   1 page
24

25
```

BRIAN TELIHO, MD

| | | | |
|---|---|---|---|
| Exhibit 6 | Case Note Regarding Alex Hixon from Dr. Gary Leigh dated April 3, 2014, bearing Bates No. A0475, 1 page | 44 |
| Exhibit 7 | Resume of Dr. Brian Teliho, 2 pages | 56 |
| Exhibit 8 | Declaration of Brian Teliho, MD, 3 pages | 60 |

INFORMATION REQUESTED

(None)

UNANSWERED QUESTIONS

(None)

```
                                                         Page 6
 1                      BRIAN TELIHO, MD
 2        KAHULUI, HAWAII; WEDNESDAY, JUNE 10, 2020
 3                         8:05 A.M.
 4
 5                      BRIAN TELIHO, MD,
 6               having been duly administered
 7            an oath in accordance with CCP 2094,
 8            was examined and testified as follows:
 9            MR. MOHR:  Good morning or good afternoon,
10   depending on where everyone is here.  My name is
11   Mark Mohr.  I'm an attorney with TVA.  My colleague
12   Mark Bernier is also joining us.  And then I have
13   Doug Hamill with us as well, plaintiff's attorney.
14                         EXAMINATION
15   BY MR. MOHR:
16       Q.   Before we begin, I just want to go over
17   some of the basics here.
18            Have you given any depositions before?
19       A.   Yes.
20       Q.   Okay.  So some of this may be familiar,
21   but I'll -- I'll over it one more time.
22            Especially with this being a remote
23   deposition, please let me know if you have any
24   technical difficulties just so we can address those
25   right away.
```

Case 1:19-cv-00120-CEA-SKL Document 291-4 Filed 07/17/20 Page 6 of 19   PageID #: 671
ASG Reporting Worldwide - Page 6

BRIAN TELIHO, MD

2  incident in around -- around January 2014?

3    A.   Yes.

4    Q.   Okay.  Prior to that, had you ever spoken

5  to Mr. Hixon about the possibility of taking

6  MARINOL?

7    A.   Not to my knowledge.  I don't recall that,

8  no.

9    Q.   What was your reaction to learning that he

10 was taking MARINOL?

11   A.   I think, in my progress note at the time,

12 I expressed that it was an odd decision.  MARINOL is

13 something that we typically use for -- at least at

14 that time, it was primarily used for appetite

15 stimulation, some pain management folks who were

16 struggling with cancer.  In more recent years, it

17 has been used more as an anxiolytic, or something to

18 help with anxiety and insomnia, but it wasn't part

19 of my regular repertoire of medications that I would

20 usually prescribe for someone with those symptoms.

21   Q.   And when you say "those symptoms,"

22 specifically what symptoms are you referring to?

23   A.   As I recollect, I think Alex was

24 prescribed the MARINOL to help with his insomnia and

25 anxiety.

    BRIAN TELIHO, MD

Q. So, to be clear, at that time, in your experience, was it common for a patient to take MARINOL for depression, anxiety, or insomnia?

A. Depression, no. I have -- you know, I -- I -- I am aware of patients who would take that periodically for off-label uses. That's just not something that I would do frequently personally, but there are other physicians who do support that claim, and, as I'm sure you're aware now, it's more commonplace to recommend cannabis or cannabinoid substances to help with anxiety and insomnia.

Q. Have you ever prescribed it yourself?

A. No.

Q. And why have you never -- never prescribed it?

A. Much of my training involved -- my early training, I worked with a lot of patients with psychosis or schizophrenia, and cannabis, in and of itself, is a hallucinogen. So I would periodically see patients whose psychosis would worsen on cannabis. I would see patients whose anxiety improved, but when it came to mood disorders, I never thought it was a great idea to introduce a hallucinogen, as such, for the fear of potentially

```
 1                    BRIAN TELIHO, MD
 2    worsening thought patterns or inciting psychosis.
 3         Q.   What -- what other affects does MARINOL
 4    have besides being a hallucinogenic?
 5         A.   Well, the -- the purposes it was
 6    originally developed, as I said earlier, were to
 7    help stimulate appetite, help with some pain
 8    management.  Particularly, there's studies there
 9    with cancer patients to whom it was prescribed,
10    predominately.  But I can see it helping with
11    insomnia; I can see it helping with anxiety, but
12    those weren't -- those weren't the primary reasons
13    it was developed.
14         Q.   Are there any side effects common with
15    MARINOL?
16         A.   I would see fatigue as a potential side
17    effect.
18         Q.   Does it -- does it commonly have any
19    adverse interactions with think other medications,
20    that you're aware of?
21         A.   Not that I'm aware of, no.
22         Q.   Are there any, maybe, classes of
23    individual -- go ahead.
24         A.   I was just going to say, you know, as a
25    potential side effect, the fatigue, if -- if one is
```

BRIAN TELIHO, MD

during that visit?

A. My idea of Mr. Hixon, really, from 2013 on has -- is such that he's struggled with chronic depression. There are periods of time when he appeared stable, meaning I wasn't worried about him killing himself, but I don't know that I've seen Alex, since 2012, feel good. Pretty much every time we would meet, he would share struggles, problems with mood, ongoing problems with energy, sleep, motivation, you know, the typical symptoms of depression one has. There were periods when he was more down and I was more concerned about him, but I've really not known Mr. Hixon to be doing well, yeah.

Q. Okay. And how would that affect his day-to-day life when those -- those symptoms where he was not doing well?

A. I would expect Mr. Hixon would struggle with his mood. He -- he might struggle more with his ability to focus, his ability to motivate himself to complete tasks. He -- it may -- may negatively affect interpersonal relationships. These are all things depression can do.

Q. When was your first meeting with

1     BRIAN TELIHO, MD
2  Mr. Hixon?
3     A.   It would have been when he first came to
4  see me to ask about potential TMS therapy.
5     Q.   And what were your initial impressions of
6  his condition then?
7     A.   That he struggled with major depressive
8  disorder.
9     Q.   How did you go about evaluating him during
10 that initial session?
11    A.   Standard psychiatric evaluation, an
12 interview.  It probably lasted anywhere from 30 to
13 60 minutes.
14    Q.   What topics do you cover in a standard
15 interview?
16    A.   Patient's history as well as current
17 symptoms and ruling out other conditions as well.
18 So if somebody presents with depression, I want to
19 make sure there aren't any obvious could be founding
20 conditions that could muddy the water or cloud the
21 diagnosis.  And getting a history of previous
22 treatments or their history of either suicide
23 attempts or psychiatric hospitalizations or family
24 history is helpful, get a sense of what their life
25 is like day-to-day.

BRIAN TELIHO, MD

Q. And were -- were you -- when you're -- when you're talking about prior conditions, will you limit yourself to mental health conditions or will you ask about other conditions, physical conditions as well?

A. I'll usually ask about general physical health as a way to see if there are physical health conditions that can predispose to depression. As an example, diabetes, cancer, certain types of physical health conditions that are chronic, dermatologic conditions, one will frequently have co-morbidities with depression.

Q. I want to direct your attention again to that Exhibit 1, the first page of your notes. You mention conducting a motor examination.

What is that?

A. Motor -- yeah, so motor exam is normal. That really just refers to my observations of his movement. Basically, from a psychiatric perspective, how someone moves, how someone carries themselves while sitting for an hour is telling. It's body -- you know, it's body language. Is there gait normal when they walk in and out of the room? Are they shuffling? You know, are they rushed? Do

```
                                                       Page 29
 1                    BRIAN TELIHO, MD
 2    they need to pace?  You can image someone who is
 3    quite anxious being unable to sit still for an hour.
 4    They need to wring their hands, fidget, get up, walk
 5    around, sit back down.  Other people come in and
 6    they could be so depressed they're almost like a
 7    bump on a log.  They don't move at all.  So that's a
 8    motor exam from a psychiatric perspective.  I'm not
 9    doing a neurological exam, no.
10         Q.   Okay.  Also, in your notes, you mention
11    asking about social relationships.
12              Is that something you'll typically inquire
13    about when assessing an individual?
14         A.   Yes.
15         Q.   And why do you do that?
16         A.   Most people in this world don't live in
17    isolation.  We have other people in our lives that
18    give it meaning.  There's some people who struggle
19    to maintain adequate interpersonal social
20    relationships that are necessary for good mental
21    health.  The more we live in isolation, the more
22    likely we become the Unabomber, so it's important to
23    have other people in our lives.  That's why I ask.
24         Q.   Are you familiar with the MMPI test?
25         A.   Yes.
```

```
 1                    BRIAN TELIHO, MD
 2         Q.   What is that test?
 3         A.   The MMPI stands for the Minnesota
 4   Multiphasic Personality Inventory and it is a
 5   psychological tool to help address diagnostic
 6   questions.  It can also sometimes help delineate or
 7   flesh out different aspects of one's personality as
 8   well as primary conditions, such as depression or
 9   ADD or anxiety, if you will.
10         Q.   And is it common practice for a doctor
11   treating a patient with depression to administer
12   such a test?
13         A.   A psychiatrist, no.  That would be
14   something that a psychologist would typically
15   employ.  But sometimes we work together in unison
16   to -- you know, if there's a case where symptoms are
17   not adding up or they don't mesh well, we will
18   frequently order an MMPI through a psychologist to
19   try to help with diagnostic clarification.
20         Q.   So, to be clear, have you ever ordered
21   one?
22         A.   Over the -- my years of practice, yes, but
23   I -- I don't recall ever doing that with Mr. Hixon.
24         Q.   In your experience, how reliable is the
25   MMPI?
```

```
 1                    BRIAN TELIHO, MD
 2         Q.   Do you recall ever discussing his work at
 3    TVA with him?
 4         A.   Not in any detail, no.  Most of what we
 5    would talk about were struggles with interpersonal
 6    relationships or family life or aches and pains,
 7    physical health issues he was having and how they
 8    affected his mental health.  I don't recall many
 9    conversations about his work.
10         Q.   Do you recall any discussions with
11    interpersonal relationship struggles with colleagues
12    of his at work?
13         A.   No.
14         Q.   In January 2014, do you know who from TVA
15    contacted you?
16         A.   I want to say it was a psychologist or --
17    or someone with -- with that credential, but I can't
18    be certain.
19         Q.   Hold on one second.
20         A.   Certainly.
21         Q.   I apologize.  I'm still relatively new to
22    this program.
23         A.   Okay.
24         Q.   I'll pull up what I will mark as
25    Exhibit 3.
```

BRIAN TELIHO, MD

of most people with depression, that they'll have periods of relative calm and then, you know, mood will decline again. Much like the tides come in and out daily, this happens with our moods, so yes.

Q. And what triggers those changes?

A. That's the Nobel Prize, right? I don't know. It could be some -- you know, it could be some precipitating event, the end of a relationship, the death of a loved one. I mean, that -- sometimes there are obvious triggers, but, frequently, there are no precipitating events and someone's mood just declines gradually over a number of days or weeks and -- and they're doing much worse.

Q. Does depression ever manifest itself physically?

A. Yes.

Q. What are some of the common ways it will manifest itself physically?

A. There was a pharmaceutical company that had an ad years ago that said "depression hurts." And, in that regard, it -- it's -- it's sometimes easy to extrapolate. Many people with depression physically ache and are more prone to report pain as feeling worse than someone who isn't depressed. If

BRIAN TELIHO, MD

I -- you know, if you're depressed and you stub your toe on the end table, it's going to hurt you and bother you all day. If you just win the lottery and you're doing really well in life and you stub your toe, you may not feel it at all. So how we -- how we feel emotionally can certainly guide or determine how physical pain is experienced.

Q. Okay. We're almost through here. Just a couple of -- couple of additional questions.

A. Okay.

Q. Have you ever been convicted of anything?

A. No.

Q. Any civil judgments against you?

A. No.

Q. Any pending lawsuits against you?

A. No.

Q. Apart from depositions, have you testified before?

A. No.

Q. Okay. Have --

A. Let me -- let me -- let me clarify. As medical director for Grady Memorial Hospital in Atlanta, the psychiatric department, I would oftentimes represent the hospital in cases where we

 1                    BRIAN TELIHO, MD
 2
 3
 4
 5
 6
 7
 8
 9          I, BRIAN TELIHO, MD, do hereby declare under
10   penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto;
13   that my testimony as contained herein, as corrected, is
14   true and correct.
15          Executed this _____ day of
16   _____, 20_____, at
17   _____, _____.
18                  (City)                    (State)
19
20
21
22
23                             _____
                               BRIAN TELIHO, MD
24                             Volume I
25

```
 1                    BRIAN TELIHO, MD

 2   STATE OF CALIFORNIA      )
                              )   ss.
 3   COUNTY OF LOS ANGELES    )

 4

 5             I, Elizabeth Borrelli, Certified Shorthand

 6   Reporter, Certificate No. 7844, for the State

 7   of California, hereby certify:

 8             I am the deposition officer that steno-

 9   graphically recorded the testimony in the foregoing

10   deposition;

11             Prior to being examined the deponent was

12   by me first duly sworn;

13             The foregoing transcript is a true record

14   of the testimony given.

15

16

17   DATED: JUNE 22, 2020

18

19

20

21                        _____
22

23                        Elizabeth Borrelli, CSR No. 7844

24

25
```