UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| ALEX HIXON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 1:19-cv-00120-CLC-SKL |
|  | ) |  |
| TENNESSEE VALLEY AUTHORITY BOARD OF DIRECTORS, | ) ) |  |
|  | ) |  |
| Defendant. | ) |  |

## OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

Comes Plaintiff, through counsel, pursuant to Fed.R.Civ.P. 26(a)(3)(B), and hereby sets forth his objections to Defendant's exhibit list (Doc. 61) as follows:

| EXHIBIT NO. | EXHIBIT DESCRIPTION | BASIS FOR OBJECTION |
|---|---|---|
| 10 | 4/25/05 Letter with Return to Work Conditions | FRE 402, FRE 403 |
| 17 | EEO Counselor's Report | FRE 802, FRE 402, FRE 403 |
| 18 | EEO Complaint | FRE 802, FRE 402, FRE 403 |
| 32 | Random Alcohol and Drug Testing Memo of Understanding | FRE 802, FRE 402 |
| 33 | Hixon Medication List | Duplicative of Ex. 27 |
| 34 | Email from Shahan to Cofer and Ortiz dated 5/30/14 | FRE 802 |
| 35 | Email from Shahan to Walls and Cofer dated 5/30/14 | FRE 802 |
| 36 | Email from Ortiz to Shahan dated 5/30/14 | FRE 802 |
| 38 | Email from Ortiz to Shahan dated 5/22/14 | FRE 802 |
| 40 | Dr. C. Adams patient file for Hixon | FRE 402, FRE 403, cumulative |
| 41-42 | Dr. Glover counseling notes for Hixon | FRE 402, FRE 403, cumulative |
| 43 | Dr. Sowell patient file for Hixon | FRE 402, FRE 403, cumulative, Motion in Limine (Doc. 52) |
| 44-59 | Social Security files and related documents | FRE 402, FRE 403, cumulative, Motion in Limine (Doc. 50) |
| 60 | Dr. Giorgadze notes | FRE 402, FRE 403, FRE 802 |

| | | |
|---|---|---|
| 61 | Dr. Brickman Psych Evaluation | FRE 402, FRE 403, FRE 802, Motion in Limine (Doc. 50) |
| 62 | Dr. Mullady Evaluation | FRE 402, FRE 403, FRE 802, Motion in Limine (Doc. 50) |
| 63 | Parkridge Valley Hospital records | FRE 402, FRE 403, FRE 802 |
| 64 | Powell – EAP session notes | FRE 402, FRE 403, FRE 802 |
| 76-77 | 2005 FFD documents | FRE 402, FRE 403, cumulative |
| 78-81 | 2013 FFD documents | FRE 402, FRE 403, cumulative |
| 82-85 | 2005 FFD documents | FRE 402, FRE 403, cumulative |
| 86 | 1/4/05 Letter from Mahan to Ortiz | FRE 402, FRE 403, FRE 802 |
| 87 | 12/3/04 Letter from Dr. Lilly to Ortiz | FRE 402, FRE 403, FRE 802 |
| 88-89 | Letters from and to Moreno | FRE 402, FRE 403, FRE 802 |
| 96 | Medication list | Duplicative of Ex. 27 |
| 100 | Dronabinol Microdex | FRE 402, FRE 403, FRE 802; this document was pulled or accessed on 4/21/15 |
| 101 | Dronabinol Drug Information | FRE 402, FRE 403, FRE 802; this document was pulled or accessed on 4/21/15 |
| 102-103 | Documents related to Dr. Charles Adams lawsuit | FRE 402, FRE 403, Motion in Limine (Doc. 54) |
| 104 | Medical Review Officer Manual | FRE 802 |
| 105 | Hixon's Prescription Lists | FRE 402, FRE 403, FRE 802 |
| 109-149 | Dr. Glover progress notes | FRE 402, FRE 403, cumulative |
| 151 | Dr. C. Adams 10/1/12 exam note | FRE 402, FRE 403 |
| 152 | Message from Hixon's mother 10/1/12 | FRE 402, FRE 403, FRE 802 |
| 164-165 | 2019 Dr. C. Adams notes | FRE 402, FRE 403, cumulative |
| 166-170 | 2015 Dr. C. Adams notes | FRE 402, FRE 403, cumulative |
| 172-173 | 2001 Medical documents | FRE 402 |
| 174 | 3/18/04 Psychological FFD Tracking | FRE 402, FRE 403 |
| 175-192 | 2005 FFD documents | FRE 402, FRE 403, FRE 802, cumulative |
| 193-199 | FFD documents Oct. 2012 – Jan. 2013 | FRE 402, FRE 403, FRE 802, cumulative |
| 236 | 5/16/14 Email from Ortiz to Cofer | FRE 802 |

Respectfully submitted,

**MIKEL & HAMILL PLLC**

By:   s/ *Doug S. Hamill*
      Doug S. Hamill, BPR No. 22825
      Attorney for Plaintiff
      620 Lindsay Street, Suite 200
      Chattanooga, TN 37403
      (423) 541-5400
      dhamill@mhemploymentlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of November, 2020, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

By:   s/ *Doug S. Hamill*

3

Case 1:19-cv-00120-CEA-SKL   Document 71   Filed 11/24/20   Page 3 of 3   PageID #: 1975