UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

ALEX HIXON,
Plaintiff,

v.  No. 1:19-cv-00120-CLC-SKL

TENNESSEE VALLEY AUTHORITY
BOARD OF DIRECTORS,
Defendant.

# TENNESSEE VALLEY AUTHORITY'S OBJECTIONS TO PLAINTIFF'S WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B), the Federal Rules of Evidence, the Court's Scheduling Order (Doc. 18), and the Court's Amended Scheduling Order (Doc. 38), Defendant, Tennessee Valley Authority ("TVA"), asserts the following objections to Plaintiff's Exhibit List. (Doc. 56.)

## OBJECTIONS AND RESERVATIONS

1. TVA objects to all exhibits that were not identified in Plaintiffs' initial and supplemental Fed. R. Civ. P. 26(a) disclosures and/or were not produced in response to TVA's interrogatories and document requests.

2. TVA objects to exhibits containing inadmissible hearsay.

3. TVA objects to exhibits that contain irrelevant and/or cumulative evidence.

4. TVA objects to exhibits for which Plaintiff have not designated the entire original document but have instead designated only a portion of the original or which are otherwise incomplete.

5. TVA objects to all exhibits not properly authenticated.

6. TVA objects to exhibits containing marginalia for which the author of the marginalia has not been identified and/or whose writing has not been authenticated.

7. TVA objects to all exhibits that are subject to TVA's Motion in Limine. (Doc. 63.)

8. TVA objects to the introduction of deposition transcripts that are subject to TVA's Objections to Plaintiff's Witness List. (Doc. 57.)

9. TVA objects to all exhibits that are subject to TVA's Motions to Exclude Dr. Wilton and Partially Exclude Dr. Sulak as Expert Witnesses. (Docs. 39 & 40.) The proposed exhibits are irrelevant and would waste of time, cause undue delay, confuse the issues, and mislead the jury. *See* Fed. R. Evid. 402-403.

10. TVA objects to all exhibits that contain or offer expert testimony or opinion by a lay witness.

11. TVA objects to all exhibits referencing or relating to documents and exhibits not admitted into evidence.

12. TVA objects to all exhibits provided to TVA after the discovery cut off in this action.

13. TVA objects to all exhibits which to not comport with Fed. R. Evid. 1002.

## RESERVATIONS

14. TVA reserves the right to revise and or make additional objections based on the Court's rulings on the parties' pending motions. (Docs. 19, 29, 39, & 40.)

15. Pursuant to Fed. R. Civ. P. 26(a)(3)(B), TVA reserves the right to object any exhibit under Fed. R, Evid. 402 and 403.

16. TVA reserves all objections to the admissibility of exhibits to the full extent allowable under the Federal Rules of Evidence, the Federal Rules of Civil Procedure, and other applicable law.

## OBJECTIONS

TVA asserts the following objections to Plaintiff's Exhibit List:

| EXHIBIT NO. | EXHIBIT DESCRIPTION | BATES NO. | OBJECTION |
|---|---|---|---|
| 1 | Notification of FFD Results (1/21/14) | A0471-72 | |
| 2 | Notice of Suspension (1/30/14) | A0468-70 | |
| 3 | Termination Letter with Attach. 1 (6/2/14) | A0100-01 | |
| 4 | Return to Work Letter (4/4/14) | A0467 | |
| 5 | Deposition Transcript of Dr. Teliho | | Objections 7 and 8 |
| 6 | Performance Review (9/24/12 – 9/22/13) | A0073-78 | Objections 2, 3, and 5 |
| 7 | Performance Review (9/26/11 – 9/23/12) | A0068-72 | Objections 2, 3, and 5 |
| 8 | Performance Review (9/27/10 – 9/25/11) | A0062-67 | Objections 2, 3, and 5 |
| 9 | Performance Review (9/28/09 – 9/26/10) | A0057-61 | Objections 2, 3, and 5 |
| 10 | Performance Review (10/1/08 – 9/27/09) | A0049-56 | Objections 2, 3, and 5 |
| 11 | Decl. of Dr. Teliho | Doc. 19-3 | Objections 2, 3, 7 and 8 |
| 12 | Email from Clepper to Lowery (1/2/14) | TVA-Hixon 001417-18 | Objections 1, 2, and 3 |
| 13 | Email from Lowery to Walker (1/3/14) | TVA-Hixon 000988 | Objections 1, 2, 3, 4, and 5 |
| 14 | Emails b/w Lowery and Walker (1/6/14) | TVA-Hixon 001038-39 | Objections 1, 2, 3, 4, and 5 |
| 15 | EAP Summary from Moreno (3/5/14) | A0110-11 | Objections 2, 3, 5, 7 and 10 |
| 16 | Dr. Leigh Case Note (1/20/14) | A0113-15 | |
| 17 | Dr. Leigh Case Note (2/13/14) | A0112 | |
| 18 | Dr. Leigh Case Note (3/25/14) | A0481 | |
| 19 | Dr. Leigh Case Note (3/28/14) | A0478 | |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | BATES NO. | OBJECTION |
|---|---|---|---|
| 20 | Dr. Leigh Case Note re Dr. Adams (4/1/14) | A0477 | |
| 21 | Dr. Leigh Case Note (4/3/14) | A0475 | |
| 22 | Faxed Medical Records from Dr. Teliho (2/7/14) | A0596 | Objections 1, 2, 3, 4, 5, and 7 |
| 23 | Faxed letter from Dr. Teliho (4/3/14) | A0545-46 | |
| 24 | Faxed Letter from Dr. C. Adams (1/13/14) | A0601 | Objections 1, 2, 3, and 7 |
| 25 | Faxed Letter from Dr. C. Adams (1/15/14) | A0600 | Objections 1, 2, 3, and 7 |
| 26 | Emails b/w Cofer and Clepper w/ attachment (3/25/14) | A0479-80 | Objections 2 and 3 |
| 27 | ElSohly Analysis of Specimen (1/23/14) | A0117 | Objection 4 |
| 28 | Fax from Dr. Adams to Dr. Strickler re: Marinol Rx | A0118 | |
| 29 | Request for Medial Evaluation sined by Dr. Adams (1/6/14) | A0134 | |
| 30 | Typed Notes from Dr. S. Adams (1/6/14) | A0136-38 | |
| 31 | Handwritten Medication List | A0139 | |
| 32 | Medical Eval. Letter w/ Job Description (1/3/14) | A0140-41 | |
| 33 | Request for Medical Eval. Signed by Dr. Adams (3/14/14) | A0142 | |
| 34 | Handwritten Notes from Dr. Adams (3/14/14) | A0144 | |
| 35 | Letter from Dr. S. Adams to Dr. C. Adams (3/14/14) | A0145 | |
| 36 | Letter from Dr. S. Adams to Hixon (3/18/14) | A0146 | |
| 37 | Email from Clepper to Shahan w/ attachment (5/16/14) | TVA-Hixon 001603-05 | Objection 1, 2, 3, 4, and 5 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | BATES NO. | OBJECTION |
|---|---|---|---|
| 38 | Email Exchange Involving Clepper and Cofer re: reporting medications | TVA-Hixon 001621-22 | Objections 1, 2, 3, and 5 |
| 39 | Email from Clepper to Wright and Sowter with Attachments (4/1/14) | TVA-Hixon 001363-65 | Objections 1, 2, 3, 4, and 5 |
| 40 | Email Exchange b/w Clepper and Sahan (5/28/14) | TVA-Hixon 001563-64 | Objections 1, 2, 3, and 5 |
| 41 | Email from Walls to Cofer (6/2/14) | TVA-Hixon 001619 | Objections 1, 2, 3, 4, and 5 |
| 42 | Safety Concern from MRO (1/2/14) | TVA-Hixon 000986 | |
| 43 | Results of Controlled Substance Test (5/19/14) | TVA-Hixon 000970 | Objection 3, 5, and 7 |
| 44 | Email from Clepper to Shahan (4/16/14) | TVA-Hixon 001289 | Objections 1, 2, 3, 4, and 5 |
| 45 | Email from Clepper to Walls (6/14/14) | TVA-Hixon 001594 | Objections 1, 2, 3, 4, 5, and 11 |
| 46 | Email Exchange b/w Cofer and Shahan re: EEO Complaint | TVA-Hixon 003025 | Objections 1, 2, 3, 5 and 11 |
| 47 | Email with Cofer, Ortiz and Shahan re: EEO Complaint | TVA-Hixon 003015-20 | Objections 1, 2, 3, 4, 5 and 11 |
| 48 | Email b/w Cofer and Ortiz with Attachment | TVA-Hixon 003202-04 | Objections 1, 2, 3, 4, 5 |
| 49 | Email b/w Ortiz and Cofer (1/21/14) | TVA-Hixon 003021 | Objections, 1, 2, 3, 4, and 5 |
| 50 | Cofer Sworn Statement to EEO Investigator (1/12/15) | ROI 187-196 | Objections 2, 3, and 5 |
| 51 | 2013 IRS Form W-2 from TVA | Hixon 0147 | Objection 5 |
| 52 | Earnings & Deducations Summary (12/30/13) | TVA-Hixon 000523 | |
| 53 | 2014 TVA Payroll Records | TVA-Hixon 000524-35 | |
| 54 | 2014 IRS Form 1040 | Hixon 0051-54 | Objections 4 and 5 |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | BATES NO. | OBJECTION |
|---|---|---|---|
| 55 | 2014 1099-Misc from Christopher Paty | Hixon 0064 | Objection 5 |
| 56 | 2016 IRS Form 1040 | Hixon 0069-72 | Objections 4 and 5 |
| 57 | 2016 1099-Misc from David Guess | Hixon 0156 | Objection 5, 12, and 13 |
| 58 | 2017 IRS Form 1040 | Hixon 0094-97 | Objections 4 and 5 |
| 59 | 2018 IRS Form 1040 | Hixon 120-24 | Objections 4 and 5 |
| 60 | 2019 IRS Form 1040 | Hixon 0157-60 | Objections 4, 5, and 12 |
| 61 | Attendance Record (7/1/13-7/2/14) | TVA-Hixon 000536-45 | Objection 3 |
| 62 | Expert Report of Dr. Sulak | | Objections 7 and 9 |
| 63 | Expert Report of Dr. Wilton | | Objections 7 and 9 |
| 64 | Transcript of Deposition of Clepper | | Objections 7 and 8 |
| 65 | Transcript of Deposition of Cofer | | Objections 7 and 8 |
| 66 | Transcript of Deposition of Dr. S. Adams | | Objections 7 and 8 |

Respectfully submitted,

s/Mark A. Mohr
David D. Ayliffe (TN BPR 024297)
Director, Litigation
Mark A. Mohr (NY BPR 5012489)
Michael V. Bernier (MS BPR 103960)
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.7346
mamohr@tva.gov
mvbernier@tva.gov

Attorneys for Tennessee Valley Authority

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

*s/Mark A. Mohr*
Attorney for Tennessee Valley Authority
