UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| ALEX HIXON, | ) | |
|---|---|---|
| | ) | |
| *Plaintiff*, | ) | Case No. 1:19-CV-120 |
| | ) | |
| v. | ) | Judge Collier |
| | ) | |
| TENNESSEE VALLEY AUTHORITY | ) | Magistrate Judge Lee |
| BOARD OF DIRECTORS | ) | |
| | ) | |
| *Defendant*. | ) | |

## **O R D E R**

Before the Court is a motion for partial summary judgment filed by Plaintiff, Alex Hixon (Doc. 19). Defendant, the Board of Directors of the Tennessee Valley Authority, responded in opposition (Doc. 27) and Plaintiff replied (Doc. 28). Also, before the Court is Defendant's motion for summary judgment (Doc. 29). Plaintiff responded in opposition (Doc. 32) and Defendant replied (Doc. 33).

For the reasons set out in the accompanying memorandum, the Court **DENIES** Plaintiff's motion for partial summary judgment (Doc. 19). The Court **GRANTS IN PART** summary judgment for Defendant (Doc. 29) as to (1) the examinations Plaintiff received when he returned to TVA, (2) the requirement Plaintiff disclose all his medications, and (3) Plaintiff's claim for reasonable accommodation. As to all other issues, Defendant's motion for summary judgment is **DENIED IN PART**. Counts III, IV, V, and VI are **DISMISSED with prejudice.**

SO ORDERED.

ENTER:

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**