UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| ALEX HIXON, | ) | |
|---|---|---|
| | ) | NO. 1:19-cv-00120-CEA-SKL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TENNESSEE VALLEY AUTHORITY BOARD OF DIRECTORS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Pursuant to E.D. Tenn. L.R. 83.4, attorney Donna J. Mikel of the law firm of Mikel & Hamill PLLC hereby enters her appearance as co-counsel of record representing Plaintiff Alex Hixon in the above-captioned civil action.

Respectfully submitted,

**MIKEL & HAMILL PLLC**

By: s/ *Donna J. Mikel*
Doug S. Hamill, BPR No. 022825
Donna J. Mikel, BPR No. 020777
Counsel for Plaintiff
620 Lindsay Street, Suite 200
Chattanooga, TN 37403
T: (423) 541-5400
F: (423) 541-5401
dhamill@mhemploymentlaw.com
dmikel@mhemploymentlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2021, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

By: s/ *Donna J. Mikel*