UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ALEX HIXON, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 1:19-cv-00120 |
| TENNESSEE VALLEY AUTHORITY BOARD OF DIRECTORS, | ) ) ) ) |
|     Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this civil action, by and through their respective counsel, stipulate that this action be dismissed **with prejudice**, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 25th day of October, 2021.

| | |
|---|---|
| */s/Doug S. Hamill* | */s/Michael V. Bernier* |
| **MIKEL & HAMILL PLLC** | Michael V. Bernier, MS BPR No. 103960 |
| Doug S. Hamill, BPR No. 22825 | Office of the General Counsel |
| 620 Lindsay Street, Suite 200 | Tennessee Valley Authority |
| Chattanooga, TN 37403 | 400 West Summit Hill Drive |
| (423) 541-5400 | Knoxville, Tennessee 37902-1401 |
| dhamill@mhemploymentlaw.com | mvbernier@tva.gov |
| | |
| Attorney for Plaintiff | Attorneys for Tennessee Valley Authority |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's electronic filing system ECF to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

/s/Michael V. Bernier
Attorney